**Jack BEERY, Plaintiff–Appellant,**

v.

**THOMSON CONSUMER ELECTRONICS, INC., Defendant,**

v.

**Gemstar–TV Guide International, Inc., Movant–Appellee.**

No. 03–1009.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2002.

### ORDER

Jack Beery moves without opposition for reconsideration of the court's order dismissing his petition for review for failure to pay the filing fee.* Beery moves without opposition for a 14–day extension of time, until December 20, 2002, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) The motion for an extension of time is granted.

---

* Beery has since paid the filing fee.